UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ASHFORD HEALTH CARE                              05-45011-LMK
SYSTEMS, INC.                                    (Chapter 11)
           Debtor.
_____/

## SUPPLEMENT TO INTERNAL REVENUE SERVICE'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Internal Revenue Service (IRS) and files the attached affidavit of Michael C. Lake, President and Chief Operating Officer of Ashford Healthcare Systems, Inc.. The document may assist the Court concerning the Official Committee of Unsecured Creditors' objection to the IRS' proof of claim. In short, Mr. Lake states that Ashford Health Care Systems and DasSee Community Health Systems, LLC are, essentially, the same and should be responsible for the payment of taxes due and owing.

### Certificate of Service

On August 3, 2010, a copy of the foregoing was furnished electronically through CM/ECF to the following: D. Andrew Bertorelli and Michael J. Shavel, attorneys, on behalf of creditor Official Committee of Unsecured Creditors; Grant Dearborn on behalf of AHCA; James Donohue on behalf of GE HFS Holdings; Charles F. Edwards, U. S. Trustee; Jason Egan on behalf of Bay Radiology; Brian Jack Gillis on behalf of Burgess and Associates; Jack L. McLean and Michael Sjuggerud on behalf of City of Quincy; Ronald Mowrey and Paul Sexton on behalf

of Gadsden County; Timothy Padgett on behalf of Dorothy Hulshoff; Robert Soriano on behalf of Airgas South; and , Allen Turnage on behalf of Ashford Healthcare Systems.

    PAMELA C. MARSH
    United States Attorney

    s/ *Paul Alan Sprowls*

    Assistant United States Attorney
    Florida Bar 232688
    111 North Adams Street, 4th Floor
    Tallahassee, Florida  32301
    (850) 942-8430