UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ASHFORD HEALTH CARE SYSTEMS, INC., | ) ) | CASE No. 05-45011-LMK |
| | ) | |
| Debtor. | ) ) | CHAPTER 11 |

**UNITED STATES TRUSTEE'S MOTION FOR
STATUS CONFERENCE
AND MEMORANDUM OF LAW**

COMES NOW DONALD F. WALTON, United States Trustee for Region 21, and requests the Court conduct a status conference in the chapter 11 case of Ashford Health Care Systems, Inc. pursuant to 11 U.S.C. §105(d), and in support thereof states:

**RELEVANT FACTS**

1. On November 14, 2005 the Debtor filed a voluntary chapter 11 petition.

2. The Debtor and Debtor's counsel have abandoned any active participation in the administration of this case.

3. On April 22, 2009 the Official Committee of Unsecured Creditors filed an Amended Plan of Reorganization (docket no. 322). This Plan came on for hearing on

September 17, 2009, and the Court determined the Plan could not be confirmed until issues related to the Claim filed by the Internal Revenue Service were resolved.

4. On May 18, 2011 the Court entered an order that resolved the issues related to the Internal Revenue Service's Claim (docket no. 427), and on July 18, 2011 the Internal Revenue Service filed a Withdrawal (docket no. 430) of the Objection to the Plan previously filed in 2009.

5. It appears the issues related to the Internal Revenue Service are resolved, and that a status hearing should be held to determine whether this case can proceed toward confirmation.

## ARGUMENT & MEMORANDUM OF LAW

1. 11 U.S.C. §105(d) provides that:

The court, on its own motion or on the request of a party in interest,

> (1) shall hold such status conferences as are necessary to further the expeditious and economical resolution of the case; and
>
> (2) ...issue an order at any such conference prescribing such limitations and conditions as the court deems appropriate to ensure that the case is handled expeditiously and economically....

2. It is appropriate for the Court to conduct a status conference to determine the progress toward confirmation of a plan, the status of this case, and to enter any orders that may be "appropriate to ensure that the case is handled expeditiously and economically."

WHEREFORE, the United States Trustee moves for a status conference to be held in this case and for the entry of orders as may be necessary and proper.

Respectfully submitted, this the 4th day of November, 2011.

        Donald F. Walton
        United States Trustee
        Region 21


        /s/ CHARLES F. EDWARDS
        Charles F. Edwards
        Assistant United States Trustee
        110 East Park Avenue, Suite 128
        Tallahassee, FL 32301
        850-521-5050
        FAX: 850-521-5055
        Florida Bar No. 270032
        charles.edwards@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion, together with all exhibits and attachments thereto, if any, was furnished by U.S. Mail first class postage prepaid to: Allen Turnage, Esq., Law Office of Allen Turnage, PO Box 15219, Tallahassee, FL 32317; the debtor, Ashford Health Care Systems, Inc., 1648 Reflections Trail, Powder Springs, GA 30127; and the attorneys for the unsecured creditors committee, Michael J. Shavel, Esq., Hill Wallack, LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067, and D. Andrew Bertorelli, Jr., Esq., Hill Wallack, LLP, PO Box 5226, Princeton, NJ 08543, on this the 4th day of November, 2011.

        /s/ CHARLES F. EDWARDS
        Charles F. Edwards